FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA P.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 4:26-CV-05062-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE<br><br>**ECF Nos. 8, 11** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 11, requesting remand of this matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.

[1] To protect the privacy of plaintiffs in social security cases, the Court identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). The parties have stipulated to the following: On remand, the ALJ shall offer Plaintiff an opportunity for a new hearing; further evaluate Plaintiff's statements about her alleged symptoms; further consider the step-five finding; take any action necessary to complete the administrative record; and issue a new decision on the issue of disability through the date last insured. ECF No. 11 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Brief, **ECF No. 8**, is **DENIED as moot**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED September 17, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE